# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2026-0890
L.T. Case No. 2020-DR-001255

———————————————

ELIZABETH COLLINS,

    Appellant,

    v.

SEAN COLLINS,

    Appellee.

———————————————

Emergency Second Petition for Writ of Prohibition, Invocation of All Writs Relief, and Emergency Constitutional Stay.
Kenneth James Janesk, II, Respondent Judge.

Elizabeth Collins, Palm Coast, pro se.

No Appearance for Respondent.

April 24, 2026

PER CURIAM.

DENIED. *See* Fla. R. Gen. Prac. & Jud. Admin. 2.330(i); *Delgado v. Miller*, 358 So. 3d 801, 803–04 (Fla. 3d DCA 2023).

EDWARDS, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____